# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Daniel Garcia Hernandez,                    * From the 385th District
                                             Court of Midland County,
                                             Trial Court No. CR37118.

Vs. No. 11-11-00123-CR                      * May 23, 2013

The State of Texas                          * Memorandum Opinion by Wright, C.J.
                                             (Panel consists of: Wright, C.J.,
                                             McCall, J., and Willson, J.)


        This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed and the cause is remanded.